IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MELVIN M. FARMER,                )
                                 )
              Plaintiff,         )
                                 )
     v.                          )       1:14CV179
                                 )
CAMPBELL SOUP SUPPLY CO., LLC,   )
et al.,                          )
                                 )
              Defendants.        )
```

**ORDER**

On April 22, 2014, the United States Magistrate Judge's Memorandum, Order, and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5 and 6.) Plaintiff timely filed objections (Doc. 7) to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of May, 2014.

                              _____
                                   United States District Judge